United States District Court
Southern District of Texas
**ENTERED**
May 19, 2025
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| DANTE A WILSON, § § Plaintiff, § § VS. § PORTFOLIO RECOVERY ASSOCIATES, § LLC, § § Defendant. § | CIVIL ACTION NO. 4:25-CV-01595 |

## ORDER OF DISMISSAL ON SETTLEMENT ANNOUNCEMENT

The Court has been informed that a settlement of this cause of action has been reached (Dkt. No. 9). The case is **DISMISSED** without prejudice to the right of the parties to move for reinstatement within forty-five (45) days after the entry of this order.

It is so Ordered.

SIGNED on May 19, 2025, at Houston, Texas.

Kenneth M. Hoyt
United States District Judge